IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 19-10305-JCM |
| **James C. Griggs** | : **Chapter 13** |
| | : **Judge John C. Melaragno** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : |
| **Movant,** | : Related to: Document No. 58 |
| vs | : |
| | : |
| **James C. Griggs** | : |
| **C Joceen Griggs** | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | : |

## ORDER OF THE COURT

AND NOW, to wit, this 22nd day of August, 2023, upon consideration of the Motion for Relief from the Automatic Stay and Codebtor Stay on First Mortgage for Real Property Located at 820 High St, Conneaut Lake, PA 16316-0156 filed by PNC Bank, National Association, it is hereby **ORDERED, ADJUDGED AND DECREED**, that the Motion is granted and that the Automatic Stay and Codebtor Stay be and hereby are terminated as it affects the interest of the Creditor in and to the property located at 820 High St, Conneaut Lake, PA 16316-0156 and more particularly described in the Mortgage, recorded March 14, 2005 at Instrument Number 200500002811.

_____
John C. Melaragno, Judge    glb
United States Bankruptcy Court

SIGNED
8/22/23 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA